UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL MAX OVERTON,

        Plaintiff(s),

vs.

CATHY A. CATTERSON, et al.,

        Defendant(s).

Case Nos. 98-4142 MHP
95-4034 JLQ
95-0850 VRW

**ORDER DENYING MOTION FOR REINSTATEMENT**

        Plaintiff has moved in the above cases for reinstatement of these actions. Only the first-numbered case above is assigned to this judge, however, sitting as general duty judge and Judge Quackenbush no longer sitting with this court having presided over the second-numbered case, and the motion having been made in all three, but filed only in the C-98-4142MHP case, this court will rule on the motion.

        Plaintiff has brought at least four separate actions in this court against the Clerk of the Ninth Circuit Court of Appeals, Cathy A. Catterson. One of those cases, C-98-3763CRB, is not included in his list of cases. Each one of these cases has been dismissed and in some cases even the appeal has been dismissed.

        A review of the docket shows the following history:

        C-98-4142MHP - Dismissed on November 9, 1998
        C-98-4034JLQ  - Dismissed on October 30, 1996; plaintiff advised by letter from Judge Quackenbush that case was dismissed with prejudice and closed; order issued August 18, 1997 that plaintiff "not file any further pleadings in this closed case"

C-95-0850VRW - Dismissed on March 23, 1995 and order affirming this decision returned from the Court of Appeals September 7, 1995
C-98-3763CRB - Dismissed on October 20, 1998.

Each of these cases reflects an attempt by plaintiff to refile, reopen, or relitigate cases that have been dismissed and closed. In some cases plaintiff has even attempted to reinstate his appeals before the Ninth Circuit in this court.

Plaintiff is strongly warned that he cannot continue to press the same frivolous claims that he has pursued in this court against Ms. Catterson or any other personnel of the Ninth Circuit. Nor can he continue to pursue cases where the complaint has been dismissed and the case closed. Any further attempts of this nature will result in sanctions. Therefore,

IT IS HEREBY ORDERED that plaintiff shall not file any complaints, pleadings or other papers in the above actions or initiate any new actions against Cathy Catterson or members of the staff of the Ninth Circuit Court of Appeals and that if he should do so he will suffer sanctions as determined appropriate by this court.

The Clerk of Court shall file this order in the three above-numbered cases.

Date: December 28, 2006

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2

**ENDNOTES**